

|  |  |
|---|---|
| | U.S. Department of Justice |
| | *United States Attorney*<br>*Eastern District of New York* |
| KDE/JL<br>F.#2018R00550 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

April 22, 2021

<u>By ECF and Email</u>

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   <u>United States v. Cooper</u>
                 <u>Criminal Docket No. 21-208 (LDH)</u>

Dear Judge Levy:

      The government respectfully submits this letter to notify the Court of additional information in further support of its request that the Court enter a permanent order of detention as to the defendant Val Cooper. <u>See</u> Detention Mem., ECF Dkt. 7.

      As set forth in the government's detention memorandum, the government searched the defendant's residence as well as a storage unit on the morning of April 20, 2021. In addition to the items that were seized and described in the detention memorandum – including devastating evidence of the defendant's guilt, such a borescope – agents also discovered further proof of the defendant's risk of flight. Specifically, inside of the defendant's residence, agents found, among other things, a Belarusian passport, United States Social Security card, New York State learner's permit and a U.S. permanent resident card, all of which were in the name of a foreign national who, according to INTERPOL, has been reported missing. The defendant's ability to obtain such personal documents of another individual further demonstrates that he has the capability and wherewithal to use someone else's identity to flee and avoid facing the instant charges.

      Therefore, and for the reasons set forth in its original detention memorandum, the government respectfully concurs in the recommendation of Pretrial Services and requests that the defendant be detained pending trial.

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By:        /s/
Keith D. Edelman
Joy Lurinsky
Assistant U.S. Attorneys
(718) 254-7000

cc:    Defense Counsel (by E-mail and ECF)
      Clerk of the Court (by ECF)