

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KDE:JML
F. #2018R00550

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 15, 2021

By ECF

Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Val Cooper, et al.
                  Criminal Docket No. 21-208

Dear Judge DeArcy Hall:

      Pursuant to the Court's request at today's status conference, the government respectfully submits this letter on behalf of the government and defendants Val Cooper and Garri Smith[1] to update the Court on the status of the case. The government has been producing discovery and it is close to completing the production of discoverable materials currently in its possession. The parties are also engaging in plea negotiations. Given the volume of discovery the government has produced and the continuing plea negotiations, the

---

      [1] The government has not heard from counsel for the remaining defendant, Alex Levin, regarding this letter. The government understands that counsel may be observing the Yom Kippur holiday. During today's status conference, counsel for defendant Levin concurred in the request for an exclusion of time under the Speedy Trial Act until the next status conference.

parties have agreed to exclude time under the Speedy Trial Act until the next status conference on December 15, 2021.

                                        Respectfully submitted,

                                        JACQUELYN M. KASULIS
                                        Acting United States Attorney

By:    /s/ Joy Lurinsky
                                        Joy Lurinsky
                                        Assistant U.S. Attorney
                                        (718) 254-6441