

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DL/JML
F. #2018R00550

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 15, 2021

By ECF

Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Val Cooper, et al.
                 Criminal Docket No. 21-208

Dear Judge DeArcy Hall:

      The government respectfully submits this letter on behalf of the parties to update the Court on the status of the case. The parties are continuing to review discovery and engage in plea negotiations. The parties believe this case may be resolved without the need for a trial. Given the ongoing discovery review and the continuing plea negotiations, the parties have agreed to exclude time under the Speedy Trial Act until the next status conference scheduled for January 24, 2022.

                           Respectfully submitted,

                           BREON PEACE
                           United States Attorney

         By:   /s/ Joy Lurinsky
               Joy Lurinsky
               Devon Lash
               Assistant U.S. Attorney
               (718) 254-6441