THE MIRVIS LAW FIRM, P.C.

June 21, 2022

**Via ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                             Re:     **United States v. Val Cooper**
                                                      **21-CR-00208-LDH**

Honorable Judge Hall:

      On behalf of Mr. Val Cooper, I write to respectfully request a modification of Mr. Cooper's bail conditions.

      On February 3, 2022, The Honorable Magistrate Judge Robert Levy released Mr. Cooper pursuant to the following conditions: (1) a $1,000,000 bond; (2) co-signed by five financially responsible persons; (3) travel limited to New York City and Long Island, New York; (4) surrender of travel documents; (5) Pre-Trial Supervision; (6) home detention with electronic GPS location monitoring. Since his release Mr. Cooper has complied with all conditions of his bond and has been in constant contact with counsel and his Pretrial Services officer.

      Mr. Cooper respectfully moves this Court to modify his current bond from home detention with electronic GPS location monitoring to a curfew from 7 am to 7 pm, with GPS location monitoring. This modification is necessary because Mr. Cooper's job requires that he be allowed to go to several locations during the course of his employment.

      The Government by AUSA Devon Lash and Pretrial Officer Berzak have no objection to this Application

      **Wherefore**, for the reason stated above, I respectfully request that the Court grant this Application modifying Mr. Cooper's pretrial release conditions from home detention with electronic GPS location monitoring to a curfew from 7 am to 7 pm, with GPS location monitoring.

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM

Mr. Cooper and I thank the Court in advance for its attention and consideration of this Application.

**Respectfully Submitted**,

By: <u>/s/ Tony Mirvis</u>
Tony Mirvis, Esq.

cc: AUSA Devon Lash (Via ECF)
PTSO Berzak (Via ECF)