| | |
|---|---|
| **ALBERT Y. DAYAN** | 80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415 |
| Attorney at Law | Tel: (718) 268-9400:    Fax: (718) 268-9404 |

By ECF

July 7, 2022

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Alex Levin et al.
             Criminal Docket No. 21-208 (LDH)

Dear Judge DeArcy Hall:

    By this letter, Alex Levin, by and through his counsel, respectfully thank Your Honor for the time to consider whether the defendant will file a suppression motion. Mr. Levin will not file a suppression motion.

                                  Respectfully submitted,

                    _Sgd:    ***Albert Y. Dayan***
                            Albert Y. Dayan
                            Attorney at Law