

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JML

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 13, 2022

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Val Cooper
     <u>Criminal Docket No. 21-208 (LDH)</u>

Dear Judge DeArcy Hall:

  The government respectfully submits this letter in response to defendant Val Cooper's motion to modify his bail conditions (ECF No. 55). The government does not oppose this motion. In his motion, the defendant seeks to change his bail conditions from home detention with location monitoring to a 7 a.m. to 7 p.m. curfew with location monitoring. The government understands from Pre-trial Services that this change will allow the defendant to perform his job, which requires that he go to different locations. The government understands that, without this modification, the defendant would have to quit his job. As such, and for the other reasons stated in the defendant's motion, the government does not oppose the defendant's request for a bail modification.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

      By: /s/
           Joy Lurinsky
           Assistant U.S. Attorneys
           (718) 254-6441

cc: Tony Mirvis, Esq. (via ECF)