# ALBERT Y. DAYAN
**Attorney at Law**

80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415
Tel: (718) 268-9400:     Fax: (718) 268-9404

By ECF

October 11, 2022

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Alex Levin et al.
                 Criminal Docket No. 21-208 (LDH)

Dear Judge DeArcy Hall:

      By this letter the defendant Alex Levin, through his undersigned counsel is respectfully asking this Honorable Court to modify his bail conditions to allow him to attend a Premier Global Conference for the American Marketing Group (AMG). The Conference will be held in Las Vegas from Thursday, October 27 to Sunday, October 30, 2022. The Government and Pretrial Services do not object to this request. Mr. Levin will leave New York on Thursday, October 27 and return on Tuesday, November 1, 2022.

      Mr. Levin was arrested in April 2021, and was release on Bond and other conditions set by Pretrial Services and he has been in compliant with the rules of Pretrial Services.

      Thank you Your Honor.

                                 Respectfully submitted,

                        Sgd:    *Albert Y. Dayan*
                                 Albert Y. Dayan
                                 Attorney at Law

cc.    AUSA Joy Lurinsky (By ECF)
        USPO Chijioke Ezenyilimba (By ECF)