

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JML
F. #2018R00550

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 20, 2022

By ECF

Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Alex Levin
                 Criminal Docket No. 21-208

Dear Judge DeArcy Hall:

      The government respectfully submits this status update letter on behalf of itself and defendant Alex Levin. As the Court is aware, Levin is the only defendant in this case who has not yet pled guilty and the parties had been engaged in plea negotiations. The parties are pleased to report that their previous impasse in plea negotiations has been resolved and they expect to be able to reach a plea agreement. The parties will update the Court when negotiations progress to a point where a change of plea hearing can be scheduled. Defendant Levin also asks for a short adjournment of the status conference scheduled on November 1, 2022 because he hopes to travel to the conference described in his request for bail modification (ECF No. 60) should the Court grant that request. The government does not object to this adjournment. In light of the parties' continued plea negotiations, the parties respectfully request that the Court continue to exclude time until the next status conference.

                                  Respectfully submitted,

                                  BREON PEACE
                                United States Attorney

By:    /s/   Joy Lurinsky
           Joy Lurinsky
           Assistant U.S. Attorney
           (718) 254-6441