

*7621 13ʰ Avenue, Brooklyn NY 11228*
*718.305.1702 Office*
*718.395.1732 Fax*
*JIandolo@jiandololaw.com*

November 2, 2022

**VIC ECF**
The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

    Re:    <u>United States v. Garri Smith et al.</u>
               <u>Criminal Docket No. 21-208 (LDH)</u>

Dear Judge DeArcy Hall

    Defense counsel writes on behalf of Defendant, Garri Smith requesting a 90-day adjournment of Defendant's sentencing, currently scheduled for February 7, 2023. Mr. Smith has recently been diagnosed with cancer and has commenced a battery of medical testing at NYU Langone. As such, it is anticipated that lengthy chemotherapy treatment will follow.

    Secondly, as of now, Defense has yet to receive the presentence report; thus, has yet to file any objections to the same.

    Accordingly, the Government has consented to a 90-day continuance. As such, the undersigned respectfully requests a 90-day adjournment of Mr. Smith's sentencing. If any additional information is needed regarding Smith's health, the undersigned respectfully requests that he be given the opportunity and authority to file the same under seal.

                                                  Respectfully,

                                        *Jeremy M. Iandolo*

                                            Jeremy M. Iandolo, Esq.
                                            *Counsel for Garri Smith*

Cc: All counsel (by ECF)