FR:BDM
F. #2018R00550/OCDETF# NY-NYE-875

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | FINAL ORDER OF FORFEITURE |
| - against - | 21-CR-0208 (LDH) |
| VAL COOPER,<br>    also known as "Val Konon" and<br>    "Valeriy Kononenko," | |
|                 Defendant. | |

- - - - - - - - - - - - - - - -X

        WHEREAS, on or about February 3, 2022, Val Cooper, also known as "Val Konon" and "Valeriy Kononenko" (the "defendant"), entered a plea of guilty to the offense charged in Count One of the above-captioned indictment, charging a violation of 18 U.S.C. § 1956(h);

        WHEREAS, on April 25, 2022, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of four million dollars and zero cents ($4,000,000.00) (the "Forfeiture Money Judgment"), in addition to the forfeiture of all right, title, and interest in the following assets (collectively, the "Specific Assets"):

        (i)    The real property and premises located at 429 Kent Avenue, Apartment #511, Brooklyn, New York 11249 (the "Apartment #511"), and all proceeds traceable thereto;

  (ii)  The real property and premises located at 429 Kent Avenue, Apartment #701, Brooklyn, New York 11249, and all proceeds traceable thereto;

  (iii)  Approximately one hundred ninety-six thousand six hundred eighty-four dollars and seventy-one cents ($196,684.71) seized on or about April 20, 2021, from JP Morgan Chase Bank account number 3591685525 held in the name of Ninel Kononenko, and all proceeds traceable thereto (the "JP Morgan 5525 Account"); and

  (iv)  Approximately fifty-two thousand two hundred twenty-five dollars and seventy cents ($52,225.70) seized on or about April 20, 2021 from JP Morgan Chase Bank account number 589336093 held in the name of Ninel Kononenko, and all proceeds traceable thereto,

as property, real or personal, involved in the defendant's violation of 18 U.S.C. § 1956(h), or any property traceable to such property, and/or substitute assets, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1);

  WHEREAS, the Preliminary Order was made final as to the defendant pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure;

  WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning May 19, 2022 through and including June 17, 2022 (Dkt. #67);

  WHEREAS, no third party has filed with the Court any petition or claim in connection with the Specific Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired; and

  WHEREAS, the defendant consents to the entry of this Final Order of Forfeiture.

  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 982(a)(1) and 982(b)(1), and 21 U.S.C. § 853(p),

and the Preliminary Order, any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America, and pursuant to 18 U.S.C. § 982(a)(2) and the Preliminary Order, all right, title, and interest in the Specific Assets are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the U.S. Customs & Border Protection, or its duly authorized agents and/or contractors be, and hereby are, directed to release:

(i) The balance of the funds seized from JP Morgan 5525 Account, in the amount of one hundred twenty-nine thousand one hundred twenty-five dollars and zero cents ($129,125.00), to counsel for the defendant, Tony Mirvis Esq.; and

(ii) 115 items of jewelry seized from Apartment #511 on or about April 20, 2021, and all proceeds traceable thereto, to the defendant.

IT IS FURTHER ORDERED that U.S. Customs & Border Protection, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Specific Assets and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order made final as to the defendant pursuant to Rule

32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, and the Final Order of Forfeiture shall be made part of the defendant's sentencing and included in the judgment of conviction.

Dated:   Brooklyn, New York
             **December 19** , 2022

SO ORDERED:

 *s/ LDH*
_____
HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK