

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JML
F. #2018R00550

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 15, 2023

By ECF

Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Alex Levin
                Criminal Docket No. 21-208

Dear Judge DeArcy Hall:

      The government respectfully submits this status update letter after consulting with counsel for defendant Alex Levin. As the Court is aware, the last status conference in this case was February 2, 2023. At that conference, the Court set a trial date and the parties informed the Court that they had reached an impasse in plea negotiations. At that conference, defense counsel stated that he would arrange to meet with the government to further advocate for his proposed resolution to the case. This additional meeting took place on March 8, 2023 and defense counsel was asked to provide a written submission to the government explaining his position. The government received that written submission earlier today. The government expects to evaluate this submission internally in the coming weeks.

      At the previous status conference, the Court scheduled the next in person status conference for June 13, 2023. The parties jointly request that time be excluded until that date both to allow the parties to continue plea negotiations and for the parties to prepare for trial.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/   Joy Lurinsky
      Joy Lurinsky
      Assistant U.S. Attorney
      (718) 254-6441