**ALBERT Y. DAYAN**         80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415
Attorney at Law                    Tel: (718) 268-9400:     Fax: (718) 268-9404

By ECF

April 10, 2023

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Alex Levin et al.
                  Criminal Docket No. 21-208 (LDH)

Dear Judge DeArcy Hall:

    By this letter, the defendant Alex Levin through his undersigned counsel is respectfully asking this Honorable Court to modify his bail conditions to allow him to fly to Honolulu, Hawaii to attend a one-week business event, "2023 Diamond Elite Destination Experience." The event is being held for travel agencies to gain destination experience that include special training, exclusive offers for customers and special VIP support access. The Government has deferred this request to Pretrial Services, who has no objection.

    Mr. Levin and his wife plan to leave New York on Sunday, April 23, and return on Sunday, April 30, 2023. A copy of Mr. Levin's documentation for this event in Honolulu will be provided to the Government and Pretrial Services.

    Mr. Levin was arrested in April 2021, and was release on Bond and other conditions set by Pretrial Services and he has been in compliant with the rules of Pretrial Services.

    Thank you Your Honor.

                                Respectfully submitted,

    Sgd:   *Albert Y. Dayan*
                   Albert Y. Dayan
                   Attorney at Law

cc.    Devon Lash & Joy Lurinsky (By ECF)
        Assistant United States Attorneys
        USPO Chijioke Ezenyilimba (By ECF)