| **ALBERT Y. DAYAN** | 80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415 |
|---|---|
| Attorney at Law | Tel: (718) 268-9400:    Fax: (718) 268-9404 |

<u>By ECF</u>

April 20, 2023

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    <u>United States v. Alex Levin et al.</u>
                  <u>Criminal Docket No. 21-208 (LDH)</u>

Dear Judge DeArcy Hall:

     By this letter, the defendant Alex Levin through his undersigned counsel is respectfully asking this Honorable Court to modify his bail conditions to allow him to travel with his wife to the State of Florida. Mr. Levin's daughter resides in Florida and her birthday is on May 11, 2023. Your Honor, Mr. Levin and his wife would be very grateful for this request to be granted so that they can spend this time with her as they usually do. The Government has deferred this request to Pretrial Services who do not object.

     Mr. Levin and his wife plan to leave New York on Saturday, May 6 and return on Saturday, May 13, 2023. A copy of Mr. Levin's travel itinerary will be provided to the Government and Pretrial Services.

     Mr. Levin was arrested in April 2021, and was release on Bond and other conditions set by Pretrial Services and he has been in compliant with the rules of Pretrial Services.

     Thank you Your Honor for your consideration.

                                             Respectfully submitted,

                        Sgd:   *Albert Y. Dayan*
                                          Albert Y. Dayan
                                          Attorney at Law

cc.    Devon Lash & Joy Lurinsky (By ECF)
       Assistant United States Attorneys
       USPO Chijioke Ezenyilimba (By ECF)