

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JML | *271 Cadman Plaza East* |
| F. #2018R00550 | *Brooklyn, New York 11201* |

August 30, 2023

<u>By ECF</u>

Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Garri Smith
     <u>Criminal Docket No. 21-208</u>

Dear Judge DeArcy Hall:

   The government respectfully submits this letter to ask for an extension of its deadline to submit a sentencing memorandum for defendant Garri Smith. The defendant's sentencing was previously scheduled for September 21, 2023 and the government's sentencing memorandum was therefore due on September 4, 2023, twelve business days before the defendant's sentencing. Recently, the Court granted the defendant's request to adjourn his sentencing until January 25, 2024 due to the defendant's ongoing medical condition. <u>See</u> Def.'s Motion to Continue at ECF No. 82. The government therefore asks that the deadline for submitting its sentencing memorandum be likewise extended to twelve business days before the defendant's new sentencing date, which would be January 9, 2024. This extension would be consistent with the Court's rules requiring the government to submit its sentencing memorandum twelve business days before sentencing. This extension would also allow the government to learn about developments in the defendant's medical condition over the next several months, which may impact the government's sentencing recommendation. In addition, the attorneys for the government are each currently preparing for separate trials, and this extension would allow the government to submit its sentencing memorandum after the trials are completed. For these

2

reasons, the government respectfully requests that the deadline for submitting its sentencing memorandum be extended until January 9, 2024.

                                                                Respectfully submitted,

                                                                BREON PEACE
                                                                United States Attorney

By:     /s/ Joy Lurinsky
            Joy Lurinsky
            Assistant U.S. Attorney
            (718) 254-6441