# ALBERT Y. DAYAN
Attorney at Law

80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415
Tel: (718) 268-9400:     Fax: (718) 268-9404

By ECF

November 16, 2023

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Alex Levin et al.
                 Criminal Docket No. 21-208 (LDH)

Dear Judge DeArcy Hall:

By this letter, the defendant Alex Levin through his undersigned counsel is respectfully asking this Honorable Court to modify his bail conditions to allow him to travel with his wife to the State of Florida. Mr. Levin's daughter resides in Florida and he and is wife would like to spend some time with her during the holidays. Mr. Levin and his wife plan to leave New York on Friday, December 29 and return on Friday, January 5, 2024.

The Government has deferred to Pretrial Services who consents to this request.

Mr. Levin was arrested in April 2021, and was release on Bond and other conditions set by Pretrial Services and he has been in compliant with the rules of Pretrial Services.

Thank you Your Honor for your consideration.

                                                  Respectfully submitted,

              Sgd:    *Albert Y. Dayan*
                           Albert Y. Dayan
                           Attorney at Law

cc.    Devon Lash & Joy Lurinsky (By ECF)
        Assistant United States Attorneys
        USPO Chijioke Ezenyilimba (By ECF)