

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS:DEL/ML  
F. #2020R00580

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 2, 2024

By ECF

The Honorable Lashann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Alex Levin
                Criminal Docket No. 21-208 (LDH)

Dear Judge DeArcy Hall:

      The government respectfully submits this letter, with the consent of defense counsel, to request that a new trial date be set in the above-captioned case. On February 29, 2024, the Court adjourned the trial scheduled for May 13, 2024, to June 3, 2024. The government anticipates that the trial in this case will take one week or less, including jury selection and summations.

      The government makes this request because the undersigned assistants have conflicts with the June 3, 2024 trial date. AUSA Lash will be out of the country on a pre-scheduled and non-refundable trip from May 23 to June 6, 2024. AUSA Larkin is scheduled to begin another trial before the Honorable Eric Komitee on July 15, 2024, and motion to advance that trial to June 2024 is currently pending before Judge Komitee.

      In order to ensure continuity of government counsel, the government respectfully requests that the trial begin on any date in September 2024. See 18 U.S.C. § 3161(h)(7)(B)(iv) (listing the interest in maintaining "continuity of counsel" for the government as a basis for a continuance under the Speedy Trial Act). The government has conferred with Albert Dayan, Esq., counsel for defendant Alex Levin, who consents to a trial date in September 2024.

      If the Court is unable to schedule the trial in September 2024, the parties request that the Court retain the June 3, 2024 trial date rather than selecting a later trial date, as a further adjournment could potentially prejudice the government's case more than proceeding on June 3 with newly-assigned government counsel. To the extent it would be helpful to the Court to

discuss these scheduling issues in person, the parties are available for a status conference at the Court's convenience.

Accordingly, the government respectfully requests the Court select a new date for trial in September 2024; or in the alternative, retain the June 3, 2024 trial date.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

By:    /s/
                Devon Lash
                Margaret Larkin
                Assistant U.S. Attorneys
                718-254-6014 (Lash)

cc:    Clerk of Court (LDH) (by ECF)
       Defense counsel of record (by ECF and Email)