

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LAB/LM
F. #2018R00550

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 16, 2024

By ECF & E-Mail

Albert Dayan, Esq.
80-02 Kew Gardens Road, Suite #902
Kew Gardens New York, 11415
dayanlaw@aol.com

   Re: United States v. Levin
     Criminal Docket No. 21-208 (LDH)

Dear Mr. Dayan:

  The government hereby provides notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 that, at trial, it anticipates calling Richard Guerci to testify as an expert regarding money laundering. The government also anticipates calling one or more expert linguists if stipulations regarding certain translations cannot be reached. A more fulsome disclosure on such experts will follow, if necessary. The government reserves the right to supplement and/or correct this disclosure if appropriate. See Fed. R. Crim. P. 16(a)(1)(G)(vi). The government requests reciprocal discovery from the defendant pursuant to Fed. R. Civ. P. 16(b)(1)(C).

           Very truly yours,

           BREON PEACE
           United States Attorney

       By:   /s/
         Lauren A. Bowman
         Lorena Michelen
         Assistant U.S. Attorney
         (718) 254-6047/6475

cc: Clerk of the Court (LDH) (by ECF) (without enclosure)