

U.S. Department of Justice

United States Attorney
Eastern District of New York

LAB/LM/ML
F. #2018R00550

271 Cadman Plaza East
Brooklyn, New York 11201

July 1, 2024

By ECF

Albert Y. Dayan, Esq.
Law Office of Albert Y. Dayan
80-02 Kew Gardens Road, Suite 902
Kew Gardens, NY 11415

Re: United States v. Alex Levin
Criminal Docket No. 21-208 (LDH)

Dear Mr. Dayan:

Disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") in connection with the upcoming trial in the above-captioned case, scheduled for July 15, 2024, are now available on USAfx. This material is being produced pursuant to the Protective Order entered by the Court on May 5, 2021.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Lauren A. Bowman
Lauren A. Bowman
Lorena Michelen
Megan Larkin
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (LDH) (by ECF)
    Albert Dayan (by ECF)