

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LAB/LM/ML
F. #2018R00550

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 1, 2024

By E-mail

Albert Y. Dayan, Esq.
Law Office of Albert Y. Dayan
80-02 Kew Gardens Road, Suite 902
Kew Gardens, NY 11415

   Re: United States v. Alex Levin
     Criminal Docket No. 21-208 (LDH)

Dear Mr. Dayan:

  The government respectfully submits this letter in connection with the July 15, 2024, trial in the above-captioned matter to provide notice to the defendant of certain information regarding government witnesses pursuant to Giglio v. United States, 405 U.S. 150 (1972), identified in documents now available on USAfx.  This material is being produced pursuant to the Protective Order entered by the Court on May 5, 2021.

           Very truly yours,

           BREON PEACE
           United States Attorney

      By: /s/ Lauren A. Bowman
         Lauren A. Bowman
         Lorena Michelen
         Megan Larkin
         Assistant U.S. Attorneys
         (718) 254-7000

cc: Clerk of the Court (LDH) (by ECF)
  Albert Dayan (by ECF)