

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LAB/LM/ML
F. #2018R00550

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 1, 2024

By ECF

Albert Y. Dayan, Esq.
Law Office of Albert Y. Dayan
80-02 Kew Gardens Road, Suite 902
Kew Gardens, NY 11415

      Re:    United States v. Alex Levin
                  Criminal Docket No. 21-208 (LDH)

Dear Mr. Dayan:

      The government's exhibits and exhibit list in connection with the upcoming trial in the above-captioned case, scheduled for July 15, 2024, are now available on USAfx. The government reserves the right to supplement this production.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:    /s/ Lauren A. Bowman
       Lauren A. Bowman
       Lorena Michelen
       Megan Larkin
       Assistant U.S. Attorneys
       (718) 254-7000

cc: Clerk of the Court (LDH) (by ECF)
    Albert Dayan (by ECF)