AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

USA
V.
ALEX LEVIN

## EXHIBIT AND WITNESS LIST

Case Number: 21-CR-208

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| S-10 | | 7/16 | X | X | S-10 Stipulation |
| S-15 | | | X | X | S-15 " |
| S-4 | | | X | X | S-4 " |
| | | | | | Witness #1 - Bill Ellison |
| 2 | | | X | X | |
| 5 | | | X | X | |
| 6 | | | X | X | |
| 7 | | | X | X | |
| 1A | | | X | X | |
| 3B | | | X | X | |
| 3A | | | X | X | |
| 223 | | | X | X | |
| 4 | | | X | X | |
| 506 | | | X | X | |
| 507 | | | X | X | |
| 505 | | | X | X | |
| | A | | X | | 3500 BEC - Proffer Agreement |
| | | 7/17 | | | Witness Bill Ellison |
| | A | | X | | 3500 BE81 |
| | A | | X | | 3500 BE 5.  3500 AF - 35E |
| | A | | X | | 3500 BEO |
| X | | | | X | Stipulation S-3 (203b) 203b1 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

203b3
203b2

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | ALEX LEVIN | CASE NO. 21-CR-208 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/17 | | | Jitendra Patel – Witness |
| X | | | | X | Stipulation S-2 102-103, 104, 105, 106, 107/18, |
| X | | | | X | 111, #125 and 126  109, 111  112 |
| | | | | | Deep Chopra – Witness |
| X | | | | X | 814 |
| | | | | | |
| 200(d) | | 07/18 | | X | Witness – Val Cooper |
| 200(c) | | | | X | |
| 251 | | | | X | Ext. Cords |
| 252 | | | | X | transformer Cable |
| 253 | | | | X | Broken Cameras |
| 254 | | | | X | tablets w/ European software |
| 255 | | | | X | |
| 256 | | | | X | Different locks for safety deposit boxes |

Page 2 of 4 Pages

**AO 187A (Rev. 7/87)**    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | vs. | ALEX LEVIN | CASE NO. 21CR208 (LDH) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/23/24 | | ✓ | GX 333 Payment Archive and Research center |
| | | | | ✓ | GX 806 F(2) Glenport Merchants |
| | | | | ✓ | GX 806h Maxhill Services |
| | | | | ✓ | GX 806j Standard Marine Services Ltd. |
| | | | | ✓ | GX 806aa Alltel Group SA |
| | | | | ✓ | GX 803a Deribas Export and Import Inc. Citibank 2017 |
| | | | | ✓ | GX 803c Deribas Export and Import TD Bank 3843 |
| | | | | ✓ | GX 804k Alex Levin DBA Alex's Services HSBC, 2791 |

Page _____ of _____ Pages