COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT.# _____
DATE: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------X

UNITED STATES OF AMERICA

   - against -

ALEX LEVIN,

          Defendant.

------------------X

VERDICT SHEET 22-CR-208
(LDH)

We, the jury, find as follows:

## COUNT ONE
**(Conspiracy to Commit Money Laundering)**

How do you find the defendant ALEX LEVIN as to Count One: Conspiracy to Commit Money Laundering?

    Guilty __X__           Not Guilty _____

## COUNT TWO
### (Conspiracy to Violate the Travel Act)

How do you find the defendant ALEX LEVIN as to Count Two: Conspiracy to Violate the Travel Act?

Guilty __X__          Not Guilty _____

Dated: Brooklyn, New York
July 24th, 2024

_William Bucci_
FOREPERSON